```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                        DISTRICT OF VERMONT
```

Stephen Bain,                              :
     Plaintiff,                          :
                                               :
     v.                                  : File No. 2:06 CV 160
                                               :
Windham County Sheriff,                    :
Vermont State Police,                      :
Sheila Prue, Sherwood Lake,                :
Ronald Lake, Matthew Murano,               :
John Melvin, Richard Schwartz,             :
Dana Shepard, Michael Peterson,            :
Paul Favreau, and other                    :
related law enforcement agents             :
or agencies,                               :
     Defendants.                         :

<u>ORDER</u>

    The Report and Recommendation of the United States Magistrate Judge was filed August 29, 2006. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

    The plaintiff's Motion to Proceed In Forma Pauperis (Paper 1) is GRANTED, however, Plaintiff's complaint is DISMISSED without prejudice.

    Dated at Burlington, in the District of Vermont, this 18th day of September, 2006.

                                          <u>/s/ William K. Sessions III</u>
                                          William K. Sessions III
                                          Chief Judge

Case 2:06-cv-00160-wks-jjn   Document 4   Filed 09/18/06   Page 2 of 2